No. 96–8377.   GORHAM *v.* UNITED STATES.   C. A. D. C. Cir. Certiorari denied.

No. 96–8383.   HICKS *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 96–8388.   SMITH *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 96–8389.   CARTER ET AL. *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 96–8398.   CLOVIS *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 96–8399.   CHANDLER *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 96–8406.   BRACEY *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 96–1289.   GENENTECH, INC. *v.* REGENTS OF THE UNIVERSITY OF CALIFORNIA.   C. A. Fed. Cir.   Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 96–1290.   ARTHUR A. COLLINS, INC. *v.* AMERICAN TELEPHONE & TELEGRAPH CO.   C. A. 5th Cir.   Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.